# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DWAYNE T. HENSON
ADC #121669                                                                                         PLAINTIFF

v.                     No. 4:20-cv-1119-DPM-JJV

DEXTER PAYNE, Director of Health;
CORRECT CARE SOLUTIONS;   and
NUNAG, LPN, Cummins Unit                                                              DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 8*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Payne and Correct Care are dismissed without prejudice because Henson hasn't pleaded a plausible claim against them.  Henson's inadequate medical care claim against Nunag goes forward.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

17 December 2020