IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DWAYNE T. HENSON
ADC #121669                                                                      PLAINTIFF

v.                              No. 4:20-cv-1119-DPM-JJV

LERIZZA NUNAG, LPN, Cummins Unit                                    DEFENDANT

ORDER

Defendant Nunag submitted new evidence with her objections to the recommendation. *Doc. 19.* If Henson wants to respond to the objections or new exhibits, then he must do so by 16 April 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 March 2021