IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DWAYNE T. HENSON
ADC #121669                                                                PLAINTIFF

v.                              No. 4:20-cv-1119-DPM

LERIZZA NUNAG, LPN, Cummins Unit                           DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 30*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Supplemented motion for summary judgment, *Doc. 14 & 27*, granted. Henson's claims against Nunag will be dismissed without prejudice for failure to exhaust.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 July 2021