IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DWAYNE T. HENSON
ADC #121669                                                    PLAINTIFF

v.                    No. 4:20-cv-1119-DPM

DEXTER PAYNE, Director of Health;
CORRECT CARE SOLUTIONS; and
LERIZZA NUNAG, LPN, Cummins Unit                DEFENDANTS

## JUDGMENT

Henson's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 July 2021